

MAR 3 0 2018

CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES INGHAM,

    Petitioner,

-vs-

JOSEPH BARRETT,

    Respondent.

Case No. 2:15-cv-11074

Hon. David M. Lawson

Mag. David R. Grand

---

Asst. Atty. Gen. Bruce H. Edwards
Criminal Appellate-Division
P.O. Box 30217
Lansing, Michigan 48909

Charles Ingham, #825646
Cooper Street Correctional Facility
3100 Cooper St.
Jackson, Michigan 49201

---

### DELAYED MOTION FOR RECONSIDERATION REGARDING

### THIS COURT PREVIOUS DENIAL OF SAID BOND

NOW COMES, Charles Ingham, herein after known as the: Petitioner, proceeding in _Propria Persona_, moves this Honorable Court pursuant to 18 U.S.C. sec. 31143(b) and applicable Court Rules state:

1. Petitioner submitted his second Motion for Reconsideration for appellate bond on or around: January 1-11-2018 of which was returned to sender.

2. In addition, this facility mail room "open said in the absence of Petitioner when he's long since requested that "all legal mail be open directly in his presence."

3. Wherefore, Petitioner again submits said motion based on just cause and terms-as follows:

    a. Petitioner submitted a timely motion for reconsideration absent a reply.

So he again submitted another on or around 1-11-2018 of which was returned to him absent any response."

1.

b. Initially this Court denied said, in as much as its Honor wasn't persuaded that the reasons so cited merit such bond in spite of the merits of the pleadings. Therefore, Petitioner will again attempt endeavoring to set forth adequate grounds:

4. The overall circumstances shows that Petitioner was indeed deprived of a fundamental fair trial."

The record shows that both trial and appellate counsel were ineffective under U.S.Const. Amends VI, and XIV.

Trial Judge did not adequately control the proceedings as mandated under governing statute and laws of this state.

5. Undeniably, the prosecutor witheld exculpatory <u>Brady</u> material to wit: DNA Evidence of which would have caused the outcome of the case to have been different favoring petitioner."

6. Petitioner having claimed actual innocence applicable to Schlup v. Delo (collecting cases) Your Honor in this case it was consensual sex as on previous occasions.

Were Petitioner free he could doubtless obtain further evidence that would convince this Court of his innocence.

Thus, the facts does indeed entitle Petitioner to a new trial to preserve fundamental fairness.

The instructions under MCL 750.520(e)(1)(a) 4th is duplicious with that of MCL 750.520(d)(1)(b) in view of 3rd degree in light of double jeopardy.

Hence, I am Father of a child under 18 who has special needs that truly require my overall support-therefore, Petitioner begs this Courts indulgence to not only reconsider, but Grant the instant Motion under the spirit of fundamental fairness.

2.

Finally, theres other family members who are gravely "ill'that require my help and assistance-and would rely further upon the case laws of: Argo v. United States, 505 F.2d 1374 (2nd Cir. 1974); Landano v. Rafferty, 970 F2d. 1330, 1240, 3rd Cir. 1992); with Calley v. Collaway, 496 F2d 701, 702 (5th Cir. 1974).

SUMMARY AND RELIEF REQUESTED:

WHEREFORE, based on all of what is articulated herein, respectfully request that the instant Motion be, and that the same be hereby Granted forth with."

/s/ _Harhu Cyngam_

finis."

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 05/02 |

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock: F-132
Institution: JCS

Prisoner Number: 825646
Prisoner Name (Print Clearly): Charles Ingram

☑ Legal Postage  ☐ Filling Fee $ _____  ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ ~~New Case~~  ☑ Case Number ~~2:15-11074~~

Pay To: mail Room / Assistant Attorney Gen.
Mailing Address: Crime Appellant Division
P.O. Box 30217
Lansing, MI 48909

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: Charles Ingram
Date & Time Submitted: 1-11-2018 1:07PM

Received By (Print Name & Title): C Steward PC
Staff Signature: C Steward
Date & Time Received by Authorizing Staff: 1/11/18 1:08PM

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.
☐ New case or case number not on form.
☐ Does ~~not include court order for handling as certified mail~~  ☐ Other _____
☐ Prisoner refused to sign & date in staff member's presence.

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): R Howard
Signature: R Howard
Postage Amount: $ .46
Date & Time placed in outgoing Mail: 1-12-18 830

**Only Business Office Staff are to Write in the Section Below**

2018 JAN 12 AM 8:07

| Obligation Amount | Actual Expense |
|---|---|
| | |
| | |
| | |

☐ Court filing Fee Denied due to NSF.

Date Posted: _____
Date & Time Copy Sent to Prisoner: _____

Processed By (Print Name & Title): _____
Signature: _____

DISTRIBUTION:  White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

ORIGINAL.

March 16-2018

U.S District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
   431 W.Laffayette Blvd.
Detroit, Michigan 48226

Re: Charles Ingham v. Joseph Barrett

   Case No. 2:15-cv-11074

   Hon. David M. Lawson

   Mag. David R. Grand

Dear Clerk:

Enclosed, please find Petitioner's Delayed Third request for Reconsideration/W/Copy of Motion for Appellate Bond pursuant to 18 U.S.C. sec. 3143(b) which he respectfully request that you file with this Court for its immediate consideration. Further find Certificate For Mailing here with attesting that a"true copy of same has been served upon Opposing Counsel of record via U.S. Prepaid Postage.

                Your Cooperation will be appreciated.

                                    MR. CHARLES INGHAM, #825646

                                    /s/ Charles Ingham
                                       Petitioner in Pro Per
                                    COOPER STREET CORRECTIONAL FACILITY
                                                    3100 Cooper St.
                                            Jackson, Michigan 49201

                    CERTIFICATE FOR MAILING:
I, the undersigned Petitioner do hereby Certify that on March 17 2018, I did mail one"true copy of Motion for Reconsideration for Appellate Bond to Counsel of record respective address via expedited Postage Legal mail loan services.

/s/ Charles Ingham

Executed On: 2-17-18.



Charles Ingram
#825646
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, Michigan 49201

Honorable David M. Lawson, Magistrate Jude David R. Grand
U.S District Court, Eastern District of Michigan
Theodore Levin United States Courthouse
231 W. LaFayette Blvd.
Detroit, Michigan 48226

RECEIVED
MAR 30 2018
CLERK'S OFFICE
U.S. DISTRICT COURT