Charles Dexter Ingram
3275 S. Washington
Saginaw, MI 48601

Sep. 9, 2019

FILED
CLERK'S OFFICE
SEP 12 2019
U.S. DISTRICT COURT
EASTERN MICHIGAN

Clerk of The Court
U.S District Court
Eastern District of Michigan
Theador Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Charles Dexter Ingram V. Joe Barrett; Case no. 2:15-11074
Honorable David M. Lawson

Dear Court Clerk

Please Find for filling:

Would you please be so kind to file in your usual manner. Charles Ingram acting in Propria Persona, A Request for Extension for filing a Certificate of appeal. Pursuant to 28 U.S.C §2253 (c)(1)(A),.

Charles O. Ingram
3275 S. Washington Ave.
Saginaw, Mich. 48601

Clerk of The Court
U.S District Court
Eastern District of Michigan
Theador Levin United States Court house
231 W. Lafayette Blvd.
Detroit Michigan 48226

RECEIVED
SEP 12 2019
U.S CLERKS OFFICE
DISTRICT COURT