# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 20, 2020

Mr. Stuart G. Friedman
Law Offices
26777 Central Park Boulevard
Suite 300
Southfield, MI 48076

Mr. John S. Pallas
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48116

> Re: Case No. 19-2251, *Charles Ingram v. Michelle Floyd*
> Originating Case No. 2:15-cv-11074

Dear Counsel,

The Court issued the enclosed Order today in this case.

> Sincerely yours,
>
> s/Monica M. Page
> Case Manager
> Direct Dial No. 513-564-7021

cc: Mr. David J. Weaver

Enclosure

Case No. 19-2251

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CHARLES INGRAM

      Petitioner - Appellant

v.

MICHELLE FLOYD, Acting Warden

      Respondent - Appellee

    Upon sua sponte consideration, and further considering the recent appearance of counsel for petitioner,

    It is ordered that counsel for petitioner shall have 30 days from the date of this order to file an application for a certificate of appealability.  No further extensions will be granted.

                                           **ENTERED PURSUANT TO RULE 45(a),**
                                           **RULES OF THE SIXTH CIRCUIT**
                                           Deborah S. Hunt, Clerk

Issued:  February 20, 2020